UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARNIQUA SUMMERS-BROWN<br>　　　　　Plaintiff<br><br>v.<br><br>CREDIT MANAGEMENT, LP and<br>DOES 1-10, inclusive<br>　　　　　Defendants | Civil Action No. 12-CV-10343-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| DARNIQUA SUMMERS-BROWN | CREDIT MANAGEMENT, LP |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Jody Burton | /s/ John J. O'Connor |
| Jody Burton, Esq.<br>Lemberg & Associates L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905 | John J. O'Connor,  BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>joconnor@peabodyarnold.com |

Dated:  December 18, 2012.

## CERTIFICATE OF SERVICE

    I, John J. O'Connor, hereby certify that on the 18th day of December, 2012, I served the attached by causing a copy thereof to be sent via ECF on the following:

Jody Burton, Esq.
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905

                                                    /s/ John J. O'Connor

766667_1
15752-96231